UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re )
)
HAMZA MSALLEK, ) Case No. 6:13-bk-10684-KSJ
) Chapter 7
Debtor. )
)

### ORDER TRANSFERRING CASE TO THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

This case came on for hearing on December 5, 2013, on the Debtor's Motion to Change Venue (the "Motion") (Doc. No. 16). After reviewing the pleadings and considering the position of all parties in interest, it is

**ORDERED**:

1. The Motion (Doc. No. 16) is granted.

2. This case is transferred to the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

3. The Clerk is directed to transfer all papers on file in this case, together with a certified copy of the docket, to the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

4. All hearings or meetings scheduled before this Court regarding this case are hereby canceled.

DONE AND ORDERED in Orlando, Florida, December 6, 2013.

KAREN S. JENNEMANN
Chief United States Bankruptcy Judge